UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 05cv1464-BEN(POR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING JOINT MOTION FOR |
| | ) | JUDGMENT OF FORFEITURE |
| v. | ) | |
| | ) | |
| $10,780 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Motion for Judgment is GRANTED;

1. $2,780.00 of the above-referenced Defendant Currency ("Defendant") shall be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. Judgment shall be entered in favor of the United States on its complaint. $8,000.00 of the Defendant plus interest, according to law, shall be returned to Claimant Daniel Stansfield through his attorney, Richard M. Barnett.

2. Costs incurred by the United States incident to the seizure and custody of the Defendant, if any, shall be borne by the United States.

3. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code,

///

Section 2465. Claimant has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. Each party shall bear its own costs and expenses, including attorney fees.

    4.    Claimant has warranted and represented as a material fact that he is the sole owner of the Defendant and further warrants that no other person or entity has any right, claim or interest in the Defendant. Claimant is ordered to defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the Defendant.

    5.    The Claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the Defendant.

    6.    Following forfeiture and distribution of the Claimant's portion of the Defendant as described above, this case shall be closed.

Let judgment be entered accordingly.

IT IS SO ORDERED.

DATED: February 12, 2007

_____
Hon. Roger T. Benitez
United States District Judge