# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

USA

                    V.                      **JUDGMENT IN A CIVIL CASE**

$10,780 IN U.S. Currency

                                  CASE NUMBER:   05cv1464 BEN(POR)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants joint motion for judgment of forfeiture...............................................................................

                                                                               W. Samuel Hamrick, Jr.

| February 15, 2007 | |
|---|---|
| Date | Clerk |

                                                                               S/J. Hathaway
                                                                               (By) Deputy Clerk
                                                                               ENTERED ON February 15, 2007